Minute Order Form (06/97)

356

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 1862 | **DATE** | 3/23/2001 |
| **CASE TITLE** | Marcella Lloyd vs. Social Security Staff | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
     ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff's application to proceed without prepayment of fees is denied. Both the Complaint and this action are dismissed as "frivolous" in the legal sense described in Neitzke v. Williams, 490 U.S. 319, 325(1989).

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | 5 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | 15 | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | 3/23/2001 date mailed notice | |
| SN | courtroom deputy's initials | | SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

DOCKETED
MAR 26 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARCELLA LLOYD, )
)
Plaintiff, )
)
v. ) No. 01 C 1862
)
SOCIAL SECURITY STAFF, )
)
Defendant. )

## MEMORANDUM OPINION AND ORDER

Marcella Lloyd has submitted self-filled-out forms of a Complaint of Employment Discrimination and an Application To Proceed Without Prepayment of Fees ("Application") in her effort to state a claim against what the Complaint describes as "Social Security Staff." There is certainly not much in the way of an understandable grievance (at least one that this federal court might properly entertain) that can be gleaned from Lloyd's opaque assertions in the Complaint. But what is clear is that Lloyd does not have a complaint of employment discrimination (though she does have some other kind of nondecipherable beef with the Social Security people).

Accordingly the Application is denied. And even under the generous test that is prescribed by Hishon v. King & Spalding, 467 U.S. 69, 73 (1984), and even when that test is amplified by the even greater generosity afforded to pro se litigants by Haines v. Kerner, 404 U.S. 519, 520-21 (1972)(per curiam), this Court is constrained to--and it does--dismiss both the Complaint

and this action as "frivolous" in the legal sense described in <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989) and refined in <u>Denton v. Hernandez</u>, 504 U.S. 25, 32-33 (1992).

_____
Milton I. Shadur
Senior United States District Judge

Date: March 23, 2001